UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS S. RICHEY, as Receiver for WESTON RUTLEDGE FINANCIAL SERVICES, INC.; ZAMINDARI CAPITAL, LLC; LEXINGTON INTERNATIONAL FUND, LLC, a/k/a LEXINGTON INTERNATIONAL FUND, INC.; and OXFORD ADAMS CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ZAHRA GHODS; et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:08-cv-1364-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of plaintiff's Motion for Partial Summary Judgment as to Defendant Simon Gulkanian, and the court having granted said motion, it is

**ORDERED AND ADJUDGED** that Defendant Simon Gulkanian take nothing; that the plaintiff recover from Defendant Simon Gulkanian the principal amount of $335,000.00.

Dated at Atlanta, Georgia, this 31st day of March, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Mamendella York
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 31, 2011
James N. Hatten
Clerk of Court

By: s/ Mamendella York
      Deputy Clerk